ACCEPTED
01-15-00209-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 2:51:21 PM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 4334769
By: Phyllis Washington
Filed: 3/2/2015 2:51:21 PM

## CAUSE NO. 2013-36797

| | | |
|---|---|---|
| **MEDICAL MULTIMEDIA ADVERTISING, INC.,** | § § § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § § § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>3/6/2015 10:47:49 AM |
| **vs.** | § § | CHRISTOPHER A. PRINE **HARRIS COUNTY,** Clerk **TEXAS** |
| **DYNACQ HEALTHCARE, INC., and DOCTORS PRACTICE MANAGEMENT, INC.,** | § § § § | |
| **Defendants,** | § | **234th JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

Defendant Doctors Practice Management, Inc. ("DPM"), files this Notice of Appeal with the Clerk of the Court to perfect its appeal in the above entitled and numbered cause, respectfully showing as follows:

1. DPM is appealing from the Court's Final Judgment, which the Court signed on December 8, 2014, as well as all related orders and rulings subsumed in the Court's Final Judgment.

2. DPM filed a motion for new trial on January 7, 2015, and the Court denied the motion. DPM is filing this Notice of Appeal within 90 days of the Court's Final Judgment.

3. DPM is appealing this case to the First or Fourteenth District Court of Appeals in Houston, Texas.

Respectfully submitted,

/S/ Byron C. Keeling

By:_____

    Byron C. Keeling
    State Bar No. 11157980
    KEELING & DOWNES, P.C.
    1500 McGowen, Suite 220
    Houston, Texas 77004
    Telephone:  (832) 214-9900
    Facsimile:  (832) 214-9908

    Michael J. Stanley
    State Bar No. 19046600
    Shawn Staples
    State Bar No. 00788457
    STANLEY, FRANK & ROSE, L.L.P.
    7026 Old Katy Road, Suite 259
    Houston, Texas 77024
    Telephone:  (713) 980-4381
    Facsimile:  (713) 980-1179

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of March, 2015, a copy of the foregoing instrument was served on counsel of record by electronic service, by facsimile, by hand delivery and/or by certified mail, return receipt requested, in accordance with the Texas Rules of Civil Procedure, as follows:

Mr. Ronald C. Campana
Law Office of Ronald C. Campana
6363 Woodway, Suite 725
Houston, Texas 77057

Mr. Eric W. Carter
Mr. Eric G. Carter
The Carter Law Firm
1811 Southmore Blvd.
Houston, Texas 77004

/s/ Byron C. Keeling
_____

Byron C. Keeling